| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler (NJ Bar No. 009521996)<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Judith Elkin (admitted *pro hac vice*)<br>Edward A. Corma (NJ Bar No. 278262018)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  bsandler@pszjlaw.com<br>        rfeinstein@pszjlaw.com<br>        jelkin@pszjlaw.com<br>        ecorma@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

| In re: | Chapter 11 |
|---|---|
| MCC-Norwood, LLC,[1] | Case No. 26-10909 (MBK) |
| Reorganized Debtor. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED
ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP FOR COMPENSATION OF PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD MARCH 19, 2026 THROUGH APRIL 16, 2026**

The undersigned hereby certifies the following:

1.     On June 25, 2026, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as

counsel to the Official Committee of Unsecured Creditors (the "Committee"), filed and served its

*First and Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation of*

---

[1] The last four digits of Reorganized Debtor MCC-Norwood, LLC's tax identification number are 8851. MCC-Norwood, LLC's chapter 11 case was previously jointly administered under the case of Multi-Color Corporation, Case No. 26-10910 (MBK). The location of MCC-Norwood's service address in this chapter 11 case is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

*Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period From March 19, 2026, through April 16, 2026* [Docket No. 973] (the "Application").

2.      Objections to the Application were to be filed and served no later than July 13, 2026.  The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

3.      The U.S. Trustee (the "Trustee") had informal comments to certain fee entries of PSZJ.  As a result of the Trustee's comments, PSZJ agreed to certain reductions in its compensation.

4.      Attached hereto as **Exhibit A** is a *revised* proposed Fee Order (the "Revised Fee Order").  The Revised Fee Order reflects the reductions agreed to by PSZJ and the Trustee.

5.      Attached hereto as **Exhibit B** is a blackline of the Revised Fee Order showing changes from the Fee Order.

6.      PSZJ respectfully request that the Revised Fee Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

4923-2343-2380.1 58985.00002                                2

Dated:  July 17, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*

Bradford J. Sandler (NJ Bar No. 009521996)
Robert J. Feinstein (admitted *pro hac vice*)
Judith Elkin (admitted *pro hac vice*)
Edward A. Corma (NJ Bar No. 278262018)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email: bsandler@pszjlaw.com
       rfeinstein@pszjlaw.com
       jelkin@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*