## **Exhibit A**
(Revised Fee Order)

4923-2343-2380.1 58985.00002

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler (NJ Bar No. 009521996)<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Judith Elkin (admitted *pro hac vice*)<br>Edward A. Corma (NJ Bar No. 278262018)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  bsandler@pszjlaw.com<br>         rfeinstein@pszjlaw.com<br>         jelkin@pszjlaw.com<br>         ecorma@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* | |
| In re:<br><br>MCC-Norwood, LLC,[1]<br><br>                  Reorganized Debtor. | Chapter 11<br><br>Case No. 26-10909 (MBK)<br><br>(Jointly Administered) |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP FOR COMPENSATION OF PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD MARCH 19, 2026 THROUGH APRIL 16, 2026**

The relief set forth on the following page numbered two (2) is **ORDERED**.

---

[1]  The last four digits of Reorganized Debtor MCC-Norwood, LLC's tax identification number are 8851. MCC-Norwood, LLC's chapter 11 case was previously jointly administered under the case of Multi-Color Corporation, Case No. 26-10910 (MBK). The location of MCC-Norwood's service address in this chapter 11 case is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

4936-9392-7337.3 58985.00002

Page:      2
Debtors:   Multi-Color Corporation, *et al.*
Case No.:  26-10909 (MBK)
Caption:   Order Approving First and Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period March 19, 2026 through April 16, 2026

Upon the *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period March 19, 2026 through April 16, 2026* [Docket No. 973] filed in Multi-Color Corporation, et al., Case No. 26-10910 (the "Application"); and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Pachulski Stang Ziehl & Jones LLP ("PSZJ") were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.     The Application is APPROVED as set forth herein.

2.     PSZJ is awarded final compensation in the amount of $1,587,082.00 for fees on account of reasonable and necessary professional services rendered to the Committee by PSZJ and reimbursement of actual and necessary expenses in the amount of $6,474.84 for the period from March 19, 2026 through April 16, 2026.

3.     The Debtors are authorized and directed to pay PSZJ the outstanding amount of such sums.

4.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4936-9392-7337.3 58985.00002