**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler (NJ Bar No. 009521996)
Robert J. Feinstein (admitted *pro hac vice*)
Judith Elkin (admitted *pro hac vice*)
Edward A. Corma (NJ Bar No. 278262018)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:  bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        jelkin@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel for the Official Committee of*
*Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| MCC-Norwood, LLC,[1] | Case No. 26-10909 (MBK) |
| Reorganized Debtor. | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL
APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM
MARCH 21, 2026 THROUGH APRIL 16, 2026**

The undersigned hereby certifies the following:

1.      On June 8, 2026, Berkeley Research Group, LLC ("BRG") financial

advisor to the Official Committee of Unsecured Creditors (the "Committee") filed and served its

---

[1]  The last four digits of Reorganized Debtor MCC-Norwood, LLC's tax identification number are 8851. MCC-Norwood, LLC's chapter 11 case was previously jointly administered under the case of Multi-Color Corporation, Case No. 26-10910 (MBK). The location of MCC-Norwood's service address in this chapter 11 case is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

*First and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from March 21, 2026 through April 16, 2026* [Docket No. 964] (the "Application").

2.　　Objections to the Application were to be filed and served no later than June 29, 2026.  The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

3.　　BRG respectfully requests that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated:  July 17, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*

Bradford J. Sandler (NJ Bar No. 009521996)
Robert J. Feinstein (admitted *pro hac vice*)
Judith Elkin (admitted *pro hac vice*)
Edward A. Corma (NJ Bar No. 278262018)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        jelkin@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

4929-9062-8029.1 58985.00002

3