# Exhibit A
(Proposed Order)

4929-9062-8029.1 58985.00002

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler (NJ Bar No. 009521996)
Robert J. Feinstein (admitted *pro hac vice*)
Judith Elkin (admitted *pro hac vice*)
Edward A. Corma (NJ Bar No. 278262018)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
         rfeinstein@pszjlaw.com
         jelkin@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| MCC-Norwood, LLC,[1] | Case No. 26-10909 (MBK) |
| Reorganized Debtor. | (Jointly Administered) |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF BERKELEY
RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD
FROM MARCH 21, 2026 THROUGH APRIL 16, 2026**

The relief set forth on the following page numbered two (2) is **ORDERED**.

---

[1] The last four digits of Reorganized Debtor MCC-Norwood, LLC's tax identification number are 8851. MCC-Norwood, LLC's chapter 11 case was previously jointly administered under the case of Multi-Color Corporation, Case No. 26-10910 (MBK). The location of MCC-Norwood's service address in this chapter 11 case is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

Page:       2
Debtors:    Multi-Color Corporation, *et al.*
Case No.:   26-10909 (MBK)
Caption:    Order Approving First and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from March 21, 2026 through April 16, 2026

Upon the *First and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from March 21, 2026 through April 16, 2026* [Docket No. 964] filed in Multi-Color Corporation, et al., Case No. 26-10910 (the "Application"); and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Berkeley Research Group, LLC ("BRG") were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is APPROVED as set forth herein.

2.      BRG is awarded final compensation in the amount of $997,199.50 for fees on account of reasonable and necessary professional services rendered to the Committee by BRG and reimbursement of actual and necessary expenses in the amount of $34.73 for the period from March 21, 2026 through April 16, 2026.

3.      The Debtors are authorized and directed to pay BRG the outstanding amount of such sums.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.